JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VALORIE ZAMORA, an individual, | Case No. CV 08-7404 VBF (FFMx) |
| Plaintiff, | **ORDER** |
| v. | |
| SMITH & NOBLE, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, | |
| Defendant. | |

### ORDER

Based upon the foregoing stipulation of the parties and for good cause shown, the Stipulation of Dismissal with Prejudice is hereby granted.

IT IS SO ORDERED.

Dated: December 23, 2008

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
United States District Court Judge

[PROPOSED] ORDER